DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RUTH TOSCHLOG, as personal representative of
the Estate of Brent Anthony King,

Appellant,

v.

CITY OF ST. PETERSBURG,

Appellee.

No. 2D2025-1944

———————————————

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M.
Ramsberger, Judge.

Michael P. Maddux and Jennifer M. Szymczak, Tampa, for Appellant.

Jacqueline Kovilaritch, City Attorney, and Kenneth W. MacCollum,
Assistant City Attorney, Saint Petersburg, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.